UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY CARL WASHINGTON,

        Petitioner,                       Civil No. 2:08-CV-11341
                                                           HONORABLE PATRICK J. DUGGAN

v.

CAROL R. HOWES,

        Respondent,
_____/

## JUDGMENT

      Petitioner Gregory Carl Washington ("Petitioner"), presently confined at the Lakeland Correctional Facility in Coldwater, Michigan, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his petition, filed by counsel, Petitioner challenges his convictions in November 2004 for second degree murder, assault with intent to murder, possession of a firearm by a felon, and possession of a firearm in the commission of a felony. In an Opinion and Order issued on this date, the Court concluded that Petitioner is not entitled to habeas relief based on the claims asserted in his amended petition.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date: October 21, 2011                             S/PATRICK J. DUGGAN
                                                              UNITED STATES DISTRICT JUDGE

Copies to:
Laura K. Sutton, Esq.
John S. Pallas, Esq.